[No. 2021.   Decided February 11, 1897.]

E. M. JOHNSON, *Appellant,* v. THE CITY OF PORT TOWNSEND, *Respondent.*

Appeal from Superior Court, Jefferson County.—Hon. R. A. BALLINGER, Judge.   Reversed.

*Morris B. Sachs,* for appellant.

*Trumbull & Trumbull,* for respondent.

*Per Curiam.*—This case involves the identical issues that were presented and determined in the case of the *Bank of British Columbia of Victoria,* just decided, and upon the stipulation of the respective parties filed therein, and, for the reasons given in the opinion of the court in that case, the judgment of the court below is reversed and the cause remanded with directions to overrule the demurrer to the complaint.

------

[No. 2022.   Decided February 11, 1897.]

E. HEUSCHOBER, *Appellant,* v. THE CITY OF PORT TOWNSEND, *Respondent.*

Appeal from Superior Court, Jefferson County,—Hon. R. A. BALLINGER, Judge.   Reversed.

*Morris B. Sachs,* for appellant.

*Trumbull & Trumbull,* for respondent.

*Per Curiam.*—This case involves the identical issues that were presented and determined in the case of the *Bank of British Columbia of Victoria,* just decided, and upon the stipulation of the respective parties filed therein, and, for the reasons given in the opinion of the court in that case, the judgment of the court below is reversed and the cause remanded with directions to overrule the demurrer to the complaint.